THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD CHALK, Appellant, v ROBERT ERCOLE, Respondent.

Submitted April 9, 2007; decided June 5, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.